ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| CASE NO.: | CV 05-4254 SJO (Mcx) | DATE: November 14, 2005 |
|---|---|---|
| TITLE: | Wavestream Corporation v. Cap Wireless, Inc. | |

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz
Courtroom Clerk

Theresa Lanza
Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**

Anthony L. Press
Charles S. Barquist

**COUNSEL PRESENT FOR DEFENDANT(S):**

Robert E. Camors, Jr.

DOCKETED ON CM
MAR 1 3 2006
BY _____ 026

**PROCEEDINGS: SCHEDULING CONFERENCE - Fed. R. Civ. P. 26(f)**

Scheduling Conference is held. Counsel are present and advise the Court of case status. The Court sets the following dates:

| | | |
|---|---|---|
| Last Date to Amend or Add Parties | Friday, December 30, 2005 | |
| Discovery Cut-off | Tuesday, Tuesday, May 16, 2006 | |
| Expert Discovery Cut-off | Friday, July 6, 2006 | |
| Motion Hearing Cut-off (must be filed 21 days prior) Dispositive motions and Claim Construction motions | Monday, October 16, 2006 Monday, August 21, 2006 | at 10:00 a.m. |
| Pretrial Conference | Monday, November 27, 2006 | at 9:00 a.m. |
| Trial Date | Tuesday, December 5, 2006 | at 9:00 a.m. |
| Settlement Conference | Referred to ADR Program | |

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

Court advises counsel that all Pretrial documents must be filed on or before the Final Pretrial Conference including, but not limited to:

1. All Jury Instructions, agreed and opposed;
2. Verdict Forms;
3. Proposed Voir Dire Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.

The Court adopts defendant's counsel's recommendation that the parties file a joint claim construction statement.

MINUTES FORM 11
CIVIL GEN

Page 1 of 1

0 : 13 min
Initials of Preparer vpc