CHARLES S. BARQUIST (BAR NO. 133785)
ANTHONY L. PRESS (BAR NO. 125027)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454
cbarquist@mofo.com
apress@mofo.com

Attorneys for Plaintiff
WAVESTREAM CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVESTREAM CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAP WIRELESS, INC., a California corporation,<br><br>Defendant. | Case No. CV05-4254 SJO(MCx)<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 29 TO SET AND TO AMEND CERTAIN DISCOVERY DEADLINES** |

**WHEREAS**, the close of expert discovery in the above-captioned matter is currently scheduled for July 6, 2006;

**WHEREAS**, Wavestream Corporation and CAP Wireless, Inc. ("the Parties") are working jointly to prepare the Joint Claim Construction Statement and submit it to the Court;

la-859872

1

1  **WHEREAS**, the Parties had previously agreed to deadlines for particular events germane to the drafting and submission of the Joint Claim Construction Statement,

4  **WHEREAS**, conflicts with expert schedules necessitate amending certain previously agreed upon deadline dates; and

6  **WHEREAS**, the Parties jointly desire to avoid any unnecessary discovery disputes,

8  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Wavestream Corporation, on the one hand, and CAP Wireless, Inc., on the other hand, by and through their respective attorneys of record, that pursuant to Fed. R. Civ. P. 29, subject to this Court's approval, the following deadlines take effect in the above-captioned matter:

- With respect to the timing of the exchange of Opening Expert Reports, where the Parties previously agreed to exchange such reports by no later than June 2, 2006, the amended deadline shall be June 9, 2006;
- With respect to the timing of the filing of the Joint Claim Construction Statement due this Court, where the Parties previously agreed that Wavestream Corporation would file the Statement no later than June 12, 2006, the amended deadline shall be June 19, 2006;
- With respect to the timing of the exchange of Rebuttal Expert Reports, where the Parties previously agreed to exchange such reports by no later than June 19, 2006, the amended deadline shall be June 28, 2006;
- With respect to the close of Expert Discovery, set by this Court for July 6, 2006, the Parties jointly and respectfully request that this Court amend the deadline such that the close of Expert Discovery will occur on July 13, 2006; and

2

la-859872

- With respect to the remaining dates set by this Court—the Trial Date of December 5, 2006; the Pre-Trial Conference Date of November 27, 2006; the Last Day for the Court to Hear Dispositive Motions of October 16, 2006; and the Motion Hearing Cutoff Date on Claim Construction of August 21, 2006—the Parties seek no amendment.

Dated: May 24, 2006

MORRISON & FOERSTER LLP

By: _____
Brian F. McMahon

Attorneys for Plaintiff
WAVESTREAM CORPORATION

Dated: May 23, 2006

THELEN REID & PRIEST LLP

By: _____
Robert E. Camors, JR.

Attorneys for Defendant
CAP WIRELESS, INC.

**IT IS SO ORDERED,**

Dated: May 24, 2006

By: _____
The Honorable S. James Otero
United States District Judge

3

la-859872